DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOR SKRODER,**
Appellant,

v.

**GUILLERMO TEJADA** and **GUSTAVO LORENZO,**
Appellees.

No. 4D18-2680

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joseph Murphy, Senior Judge; L.T. Case Nos. DVCE 18-1813 (59) and DVCE 18-1096 (63).

Thomas Regnier of Tom Regnier Appeals, P.A., Sunrise, for appellant.

Andrew J. Mayts, Jr. of Gray Robinson, P.A., Tampa; Eric T. Schwartzreich of Schwartzreich & Associates, P.A., Fort Lauderdale; and Jason Kaufman of Kaufman Legal Group, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE, JJ., and ROWE, CYMONIE, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***